**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Ross Robert E.**    **659-55-060**    **E-B**    **Elkton**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – INMATE REQUEST**

Due to Elkton prison being a hot spot for Covid 19, I am at high risk for the Coronavirus. I have pulmonary respitory disease, severe allergies, and bronchial. I was on chronic care before I came here at Mahoning county. When I got here at Elkton, health services took me off chronic care. I have had a severe sinus infection everysince. I wake up everyday with a bloody nose and all health services told me to do was get allergy pills from commisary which don't work. As a result of this I would like the warden to consider me for, home confinement, furlough, or halfway house. I would like for the warden to file a 3582 motion to be considered for one of those options. Thankyou

6-5-20
DATE

*Robert E. Ross Jr.*
SIGNATURE OF REQUESTER

**Part B – RESPONSE**

**SEE ATTACHED**

_____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

CASE NUMBER: **1029721-F**

**Part C – RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

6/26/20
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    BP-229(1)
APRIL 19

Exhibit A, p. 1
Scanned with CamScanner

**REQUEST FOR ADMINISTRATIVE REMEDY**
**PART B - RESPONSE**

ROSS, ROBERT E.
Reg. No.: 65955-060
Remedy I.D.: 1029721-F1
Qtr: E-B

This is in response to your Request for Administrative Remedy receipted June 26, 2020, in which you request home confinement, furlough, or halfway house.

Currently, Section 12003(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") grants discretion to the Bureau of Prisons (BOP) to place inmates on home confinement under 18 U.S.C. § 3624(c)(2). The BOP's discretion is guided by criteria listed in memoranda from the Attorney General. Program Statement 5280.09, Furloughs, states, "The Warden may grant a furlough to an inmate with Out custody only when the furlough is for the purpose of transferring directly to another institution." You are currently classified as a Low-security level inmate with IN custody. A review of this matter reveals pursuant to the "Second Chance Act of 2007," the Unit Team will review you for Residential Re-Entry Center (RRC) placement when you are within 17-19 months of your release. Therefore, based on the amount of time remaining to serve on your sentence, you are not eligible for RRC placement consideration at this time. After a comprehensive review of your circumstances, it has been determined you are not eligible for home confinement placement at this time. Based on this information your request for home confinement, halfway house, or furlough is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Northeast Region, U.S. Custom House, 7th Floor, 2nd and Chestnut Street, Philadelphia, Pennsylvania, 19106, within 20 calendar days of the date of this response.

_____     7.23.20
Mark K. Williams, Warden                    Date

Exhibit A, p. 2
Scanned with CamScanner